COMMERCIAL TRUST COMPANY OF NEW JERSEY et al.,
trustees, complainants,

*v.*

GEORGE I. MASON, petitioner-respondent; OTTO L. MYERS
and CLARENCE L. MYERS, executors, defendants-respond-
ents, and BEULAH V. SPIEGELBERG et al., defendants-
appellants.

[Decided January 31st, 1936.]

*Mr. Donald Lewis, Messrs. Koehler, Augenblick & Freed-
man, Mr. George F. Losche (Mr. Charles H. Meyer* and *Mr.
Selden Bacon,* of the New York bar), for the appellants.

*Mr. John Milton* and *Mr. Thomas McNulty,* for the
respondent George I. Mason.

*Mr. William H. Campbell, Jr.,* for the respondents Otto
L. Myers and Clarence L. Myers.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
expressed in the opinion of Vice-Chancellor Lewis, and
reported in *117 N. J. Eq. 171, sub nom. Commercial Trust
Co.* v. *Spiegelberg.*

The appeal is also from the allowance of counsel fees to
the solicitor for George I. Mason and to the solicitor for the
executors of Carrie Guggenheim, deceased. We conclude that

the allowances were reasonable and, since the litigation was conducted by appellants with a view to enriching the *corpus* of the estate, should be paid out of the *corpus*.

*For affirmance*—THE CHIEF-JUSTICE, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.